IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02920-GPG

PAUL MOREHEAD,

    Applicant,

v.

THE DOUGLAS COUNTY, COLORADO, COUNTY COURT, and
CYNTHIA H. COFFMAN, Attorney General, State of Colorado,

    Respondents.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

    DATED April 21, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        United States District Judge