IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-02920-PAB

PAUL MOREHEAD,

    Applicant,

v.

THE DOUGLAS COUNTY, COLORADO, COUNTY COURT and
CYNTHIA H. COFFMAN, Attorney General, State of Colorado,

    Respondents.

---

**ORDER FOR STATE COURT RECORD**

---

After preliminary consideration of the Amended Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 [Docket No. 11], it is

**ORDERED** that, within thirty days from the date of this order, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Douglas County County Court case number 11T4296, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is further

**ORDERED** that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Douglas County District Court
            4000 Justice Way, Suite 2009
            Castle Rock, Colorado 80109; and

(2)  Court Services Manager
     State Court Administrator's Office
     1300 Broadway, Suite 1200
     Denver, Colorado  80203.

DATED April 27, 2015.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge